JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO SANCHEZ,                  )        Case No. CV 13-8451-RGK (KK)
                                    )
                    Petitioner,     )        **JUDGMENT**
                                    )
            v.                      )
                                    )
JEFFREY BEARD, Warden,              )
                                    )
                    Respondent.     )
                                    )
_____ )

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: <u>11/4/14</u>

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE